

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00510-CV

Stephanie **SMITH**, and All Other Occupants,
Appellant

v.

**WESTLAKES 90 DBA OAKS OF WESTLAKES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04614
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

SIGNED October 23, 2024.

_____
Lori I. Valenzuela, Justice